UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN CHAMPAGNE, ) | 1:09-CV-00101 OWW JMD HC |
| ) | |
| Petitioner, ) | ORDER CORRECTING ERROR IN FILING |
| ) | OF PETITIONER'S MOTION TO FILE |
| ) | OVERSIZE BRIEF |
| ) | [Doc. #26] |
| v. ) | |
| ) | ORDER DIRECTING CLERK OF COURT |
| ) | TO SERVE ORDER AND COPY OF |
| ) | PETITIONER'S MOTION TO FILE |
| PAM AHLIN, Executive Director, ) | OVERSIZE BRIEF TO THE NINTH |
| ) | CIRCUIT COURT OF APPEALS |
| Respondent. ) | [DOC # 26] |

Petitioner is proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 18, 2010, this Court adopted the Magistrate Judge's Findings and Recommendation issued May 11, 2010, (Doc. 23), denied the Petition with prejudice, and directed the Clerk of the Court to enter judgment. See Doc. 24.

On February 28, 2011, Petitioner filed a Notice of Appeal to the Ninth Circuit Court of Appeal regarding the June 18, 2010 Order and Judgement. Concurrent with his Notice of Appeal, Petitioner provided this Court a copy of his Notice of Motion and Motion to File Oversized Brief

1  brought before the Ninth Circuit Court of Appeal which was erroneously filed with this Court.  <u>See</u>
2  Doc. 26.
3        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is DIRECTED to
4  SERVE a copy of Petitioner's Motion to File Oversized Brief (Doc. 26) to the Ninth Circuit Court of
5  Appeal.

7  IT IS SO ORDERED.
8  **Dated:   March 8, 2011**               /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE