IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALVIN CHAMPAGNE, | 1:09-cv-00101-OWW-JMD (HC) |
| Petitioner, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL |
| vs. | and |
| PAM AHLIN, | DIRECTING CLERK TO SERVE THE COURT OF APPEALS |
| Respondent. | (DOCUMENT # 32) |

Petitioner is a prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On June 18, 2010, judgment was entered denying the petition for writ of habeas corpus. On February 28, 2011, petitioner filed a notice of appeal and a motion for certificate of appealability. On March 14, 2011 petitioner filed an application to proceed in forma pauperis. Examination of petitioner's application to proceed in forma pauperis reveals that petitioner is unable to afford the costs of an appeal.  Accordingly, the application to proceed in forma pauperis on appeal is GRANTED. See 28 U.S.C. § 1915.  **The Clerk is directed to serve a copy of this order on the Court of Appeals for the Ninth Circuit.**

IT IS SO ORDERED.

**Dated:   March 18, 2011**           /s/ John M. Dixon
                                    UNITED STATES MAGISTRATE JUDGE